IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**WARREN JACKSON**                                                                    **PLAINTIFF**

v.                                            **4:21-CV-00584-BRW**

**USA,** *ET AL.*                                                            **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's complaint asserts that "they stole my medical record . . . to play mind games"; he has the right to say how he feels based on Freedom of Speech; and he has a right to privacy and the beeping sound in his phone means it has been tapped. Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 29th day of June, 2021.

                                                       Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).